# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rhodes, Steven W. | U.S.D.Ct., E.D. Mi. | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

211 West Fort Bldg.
Suite 1800
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rhodes, Steven W. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/15/2012 | Matthew Bender - Book Royalties | $3,750.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | University of Michigan - Employment Income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine Law School | 3/13/12-3/16/12 | Malibu, CA | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 2. | American Bankruptcy Institute | 3/16/12-3/16/12 | Los Angeles, CA | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 3. | National Conference of Bankruptcy Judges | 3/19/12-3/20-12 | Miami, FL | NCBJ Board Meeting | Lodging/Transportation/Meals |
| 4. | American Bankruptcy Institute | 3/22/12-3/24/12 | Las Vegas, NV | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 5. | National Association of Bankruptcy Trustees | 3/29/12-3/31/12 | Las Vegas, NV | Educational Seminar | Registration/Lodging/Transportation/Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rhodes, Steven W. | 05/14/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bankruptcy Institute | 4/19/12-4/22/12 | National Harbor, MD | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 7. | American Bankruptcy Institute | 6/7/12-6/10/12 | Traverse City, MI | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 8. | American Bankruptcy Institute | 712/12-7/15/12 | Bretton Wood, NH | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 9. | Federal Bar Association, W D Mich | 7/19/12-7/21/12 | Crystal Mountain, MI | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 10. | American Bankruptcy Institute | 8/2/12-8/4/12 | Cambridge, MD | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 11. | LexisNexis | 8/23/12-8/25/12 | NewYork, NY | Educational Video Production | Lodging/Transportation/Meals |
| 12. | National Association of Bankruptcy Trustees | 9/5/12-9/9/12 | Colorado Springs, CO | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 13. | American Bankruptcy Institute | 9/13/12-9/15/12 | Kansas City, MO | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 14. | American Bankruptcy Institute | 10/4/12-10/6/12 | Las Vegas, NV | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 15. | National Conference of Bankruptcy Judges | 10/24/12-10/27/12 | San Diego, CA | Educational Seminar | Registration/Lodging/Transportation/Meals |
| 16. | American Bankruptcy Institute | 11/28/12-12/1/12 | Tucson, AZ | Educational Seminar | Registration/Lodging/Transportation/Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Rhodes, Steven W. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Shares Ely Lilly | A | Dividend | J | T | | | | | |
| 2. CAMPBELL CALIF UN SCH DIST Bond | A | Dividend | L | T | Buy | 05/11/12 | L | | |
| 3. RIO HONDO CALIF CMNTY COLLEGE DIST Bond | A | Dividend | K | T | Buy | 05/22/12 | K | | |
| 4. MICHIGAN ST HOSP FIN AUTH REV HOSP Bond | A | Dividend | L | T | Buy | 06/22/12 | L | | |
| 5. ENERGY NORTHWEST F/K/A WASHINGTON ST PUB PWR SUPPLY Bond | A | Dividend | L | T | Buy | 07/05/12 | L | | |
| 6. CIVIC VENTURES ALASKA Bond | A | Dividend | K | T | Buy | 10/22/12 | K | | |
| 7. MICHIGAN ST HOSP FIN AUTH REV MCLAREN HLTH CARE Bond | A | Dividend | K | T | Buy | 10/31/12 | K | | |
| 8. AMERICAN CENTURY HIGH YIELD MUNI INV Bonf Fund | A | Dividend | K | T | Buy | 11/23/12 | K | | |
| 9. FIDELITY MUNICIPAL INCOME Bond Fund | A | Dividend | K | T | Buy | 11/21/12 | K | | |
| 10. FIDELITY MUNICIPAL INCOME 2021 FUND Bond Fund | A | Dividend | K | T | Buy | 11/16/12 | K | | |
| 11. FIDELITY INTERMEDIATE MUNI INCOME Bond Fund | A | Dividend | K | T | Buy | 11/21/12 | K | | |
| 12. FIDELITY MICHIGAN MUNICIPAL INCOME Bond Fund | A | Dividend | K | T | Buy | 11/13/12 | K | | |
| 13. BMO INTERMEDIATE TAX FREE Bond Fund | A | Dividend | K | T | Buy | 12/06/12 | K | | |
| 14. T ROWE PRICE TAX FREE HIGH YIELD Bond Fund | A | Dividend | K | T | Buy | 12/13/12 | K | | |
| 15. IRA | B | Dividend | L | T | | | | | |
| 16. -MORGAN STANLEY Bond | | | | | Buy | 07/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rhodes, Steven W. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17.  -GOLDMAN SACHS GROUP INC Bond | | | | | Buy | 07/26/12 | K | | |
| 18.  -NEW JERSEY ECON DEV AU ST PENSION FDG Bond | | | | | Buy | 09/17/12 | K | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rhodes, Steven W. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I received a cash gift from a relative in 2012. Also, _____ received an inheritance from a relative's estate in 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| Rhodes, Steven W. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Steven W. Rhodes

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544